| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: David Cowen<br>Special Agent: Mark Kroger, FBI | Telephone: (313) 226-9575<br>Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
    v.
Malik Taylor

Case: 2:23−mj−30381
Assigned To : Unassigned
Assign. Date : 9/18/2023
CMP: USA v TAYLOR (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 17, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Mark Kroger, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 18, 2023

*Judge's signature*

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mark Kroger, having been duly sworn, state as follows:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since 2012. I am currently assigned to the Detroit field office, assigned to the Violent Gang Task Force (VGTF) and charged with investigating gangs and narcotics trafficking. Prior to my present assignment, I was assigned to the Detroit field office where I investigated financial crimes and health care fraud.

2. I am submitting this affidavit in support of a criminal complaint alleging that Malik TAYLOR (TAYLOR) has violated Title 18, United States Code Section 922(g)(1), "Felon in Possession of a Firearm." Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my conversations with Detroit Police officers, review of reports, and review of video footage obtained from Truth Detroit

Gentleman's Club (TRUTH), property address 6200 8 Mile Road, Detroit, MI, within the Eastern District of Michigan.

## PROBABLE CAUSE

4. On September 17, 2023, at approximately 1:00 a.m., a Detroit Police Department officer received an anonymous call regarding an individual with a gun (later identified as Cashgang violent street gang member, Malik TAYLOR), trying to enter TRUTH. The caller advised that security removed the firearm which was equipped with a "Glock switch" from the individual who tried to enter TRUTH while concealing the firearm. Based upon my training and experience, Affiant knows that a "switch" is a device attached on the rear of a firearm that is capable of converting a semi-automatic firearm to an automatic weapon. The individual with the firearm was described as a black male wearing a camouflage jacket and black pants.

5. Additional officers arrived at TRUTH approximately ten minutes later. The officers observed an individual matching the above description standing near the outdoor patio entrance of TRUTH. Officers approached the man and one officer recognized him from prior experience as Cashgang member Malik TAYLOR. After resisting, TAYLOR was taken into custody and placed into a police vehicle. Later, TAYLOR self-identified as Malik TAYLOR.

6. TAYLOR was extremely intoxicated. In addition to resisting arrest, TAYLOR, while still handcuff, managed to get out of a police vehicle and tried to escape. Officers were able to catch him and he continued to resist until finally being secured and arrested.

7. Detroit Police Department obtained video footage of the event that showed TAYLOR exit the passenger side back seat of a newer model white Jeep with black rims. TAYLOR then performed what appeared to be multiple retention checks of the firearm, which was situated in his front waistband area. TAYLOR then stood in line attempting to enter TRUTH. TRUTH security officers performed a pat down of TAYLOR, removed a firearm from TAYLOR and escorted him out of line where he sat on a curb with security officers until he was released. Detroit Police officers arrive shortly thereafter, and TAYLOR is taken into police custody.

8. Officers entered TRUTH and spoke with the head of security (SG1) who provided officers with the firearm taken from TAYLOR. The firearm was a Glock 26 Gen 5 bearing serial number AFMH367 with an orange object on the rear of the slide, which appeared consistent with a "Glock switch." The firearm contained an extended magazine loaded with several rounds of 9mm ammunition. The firearm was chambered with a live round. The firearm was then seized by Detroit Police Department as evidence.

9. Below is a photo of the firearm found in TAYLOR's possession at TRUTH (Note the orange block on the back of the firearm).



10. TAYLOR can be found on a YouTube music video (24Lik - Over Doin It (Official Video) - YouTube) posted on or about August 30, 2023, holding what appears to be the same Glock with an orange switch. Also, in this same video TAYLOR said that he heard the "feds" are on him, and that "we" might have to "sweep" the cops (while TAYLOR made a shooting gesture at the camera). Based on my training and experience, I believe this to

4

be a threat towards law enforcement. Below is a screenshot from the video showing the "switch":



11. In another music video found on YouTube (24Lik - Runnin (Official Music Video) - YouTube), posted on or about June 9, 2023, TAYLOR's lyrics state that he put a switch on a Glock to make it shoot faster (Note: TAYLOR replaced the word "switch" with what appeared to be an automatic gunfire sound effect). Below is a screenshot from this point in the music video showing TAYLOR holding an imaginary firearm pressing the trigger. Explosive effects (see red arrow below) were overlaid near TAYLOR's hand/imaginary firearm to indicate the firing of the firearm:

5



12. Below is a photograph of the jewelry seized from TAYLOR as evidence on September 17, 2023, by Detroit Police Officers:

6



13. Investigators have been monitoring TAYLOR's Instagram account "_24lik" whose settings allow for the public to view photos and videos posted to the account.

14. The above necklace was observed multiple times on TAYLOR's Instagram account including the below screenshot from his "story" posted on or about March 12, 2023:



15. In addition to the jewelry, TAYLOR is observed with what appears to be two firearms, one in each of his front pockets, while making a gesture with his hands known by investigators be to an insult to opposition gang members.

16. TAYLOR is a convicted felon.  On March 21, 2019, in the state of Michigan, TAYLOR was convicted and sentenced under felony MCL 750.252 (Uttering & Publishing- Possession of Counterfeit Notes With Intent To Utter & Publish), out of the 35th Circuit Court, case number 2018-0000003131-FH.

17. On September 18, 2023, based on information that I provided, Alcohol Tobacco and Firearms (ATF) Special Agent Michael Jacobs, an Interstate Nexus Expert, reviewed the history of the above-noted firearm and a preliminary examination indicates that the firearm was manufactured outside the state of Michigan and thus, had traveled in interstate commerce.

## CONCLUSION

18. Based on my training, experience, and information provided in this affidavit, I believe that TAYLOR violated Title 18, U.S.C. Section 922(g)(1).

Respectfully submitted,

Mark Kroger
Special Agent, FBI

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Elizabeth Stafford
United States Magistrate Judge

Date: September 18, 2023